# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Antwane Cottman, | Civil No. 21-cv-2393 (SRN/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Warden J. Fikes, | |
| Respondent. | |

Antwane Cottman, Reg No. 63164-037, FCI-Sandstone, P.O. Box 1000, Sandstone, MN 55072, Petitioner pro se.

Ana H. Voss and Adam J. Hoskins, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 for Respondent Fikes.

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated December 7, 2021 [Doc. No. 6]. No objections have been filed within the time period allowed. Accordingly, and based on all the files and records, and proceedings herein, **IT IS HEREBY ORDERED** that the request for a preliminary injunction contained in Mr. Cottman's petition is **DENIED WITHOUT PREJUDICE**.

Dated: January 7, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge