# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Antwane Cottman,                                    Civil No. 21-cv-2393 (SRN/TNL)

                Petitioner,

v.                                                          **ORDER**

Warden J. Fikes,

                Respondent.

Antwane Cottman, Reg No. 63164-037, FCI-Sandstone, P.O. Box 1000, Sandstone, MN 55072, Petitioner pro se.

Ana H. Voss and Adam J. Hoskins, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Respondent.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated February 21, 2023 [Doc. No. 11]. No objections to the Report and Recommendation have been filed in the time period permitted under the Local Rules.

Accordingly, based on the foregoing and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [Doc. No. 11] is ADOPTED; and

2. This matter is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 13, 2023

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge